# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL P. FRY, an individual; ROBERTA L. WEST, an individual, <br><br>Plaintiff <br><br>v. <br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; DOES I through XV, and ROE Corporations I through X, inclusive, <br><br>Defendant | Case No.: 2:18-cv-00200-APG-CWH <br><br>**Order Staying Case for Private Binding Arbitration** <br><br>[ECF No. 23] |

I grant the parties' stipulation (ECF No. 23), and this case is hereby stayed. Pursuant to paragraph 8 of their stipulation, by July 13, 2018 the parties shall file a stipulation to dismiss this action or a status report as to why they have not executed their Binding Arbitration Agreement.

Dated this 13th day of June, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE