# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL P. FRY and ROBERTA L. WEST, | Case No.: 2:18-cv-00200-APG-CWH |
| Plaintiffs | **Order Dismissing Case** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant | |

In light of the parties' stipulation (ECF No. 23) that they would stipulate to dismiss this case with prejudice once they entered into a binding arbitration agreement, and their recent status report (ECF No. 28) indicating they have now entered into a binding arbitration agreement,

IT IS ORDERED that this action is DISMISSED with prejudice.

DATED this 13th day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE